NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANGELA D. MCCURRY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD**
*Respondent.*

---

2014-3040

---

Petition for review of the Merit Systems Protection Board in No. AT-300A-12-0774-I-1.

---

## ON MOTION

---

## O R D E R

Angela D. McCurry moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                    MCCURRY v. MSPB

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s24